UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CALEB MENDEZ and JAVIER CUELLAR,<br>　　*Plaintiffs*<br><br>v.<br><br>GENERAL MOTORS, LLC,<br>　　*Defendant* | §<br>§<br>§<br>§<br>§　Case No. 1:24-CV-00339-RP<br>§<br>§<br>§ |

**O R D E R**

Plaintiffs filed their Complaint on April 1, 2024. Dkt. 1. Defendant filed its Answer on April 26, 2024. Dkt. 5. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **July 15, 2024**.

**SIGNED** on July 1, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE